BELL *et al. v.* HARRIS *et al.*

HUTCHESON, J. This is a companion case of *Georgia Portland Cement Corporation* v. *Harris, ante*; and the rulings there made are controlling here.                    *Judgment affirmed. All the Justices concur.*